**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2641

_____

United States of America,　　*
　　　　　　　　　　　　　　　 *
　　　　　Appellee,　　　　　　*
　　　　　　　　　　　　　　　 *　　　　　　　　　　　　Appeal
from the United States
　　　v.　　　　　　　　　　　*
District Court for the
　　　　　　　　　　　　　　　 *
Eastern District of Missouri.
Dominic Blackshiers,　　　　　*
　　　　　　　　　　　　　　　 *　　　　[UNPUBLISHED]
　　　　　Appellant.　　　　　 *

_____

Submitted: August 20, 1997
Filed: August 26, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In this 28 U.S.C. § 2255 proceeding, Dominic Blackshiers appeals the district court's[1] application of a firearm enhancement to his drug sentence, see U.S. Sentencing Guidelines Manual § 2D1.1(b)(1) (1995), after it vacated Blackshiers's 18 U.S.C. § 924(c)(1) conviction under <u>Bailey v. United States</u>, 116 S. Ct. 501 (1995).

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

After a careful review of the record and the parties' submissions, we reject Blackshiers's arguments. <u>See</u> <u>Gardiner v. United States</u>, 114 F.3d 734, 735-37 (8th Cir. 1997);

<u>United States v. Harrison</u>, 113 F.3d 135, 137-38 (8th Cir. 1997).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.